IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY CHRIS MOBLEY,

        Plaintiff,

v.                                       3:11cv231-WS

WALTON COUNTY SHERIFF'S OFFICE,
et al.,

        Defendants.

_____

## ORDER OF DISMISSAL

      Before the court is the magistrate judge's report and recommendation (doc. 22) docketed January 11, 2012. The magistrate judge recommends that the plaintiff's claims be dismissed for failure to prosecute.

      Upon review of the record, this court has determined that the recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

      2. The plaintiff's complaint and this case are hereby DISMISSED, without prejudice, for failure to prosecute.

      3. The clerk shall enter judgment stating: "All claims are DISMISSED without

prejudice."

       DONE AND ORDERED this <u>  13th  </u> day of <u>  February  </u>, 2012.

                            <u>s/ William Stafford                      </u>
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE